Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU& ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for R & R PRODUCE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| R & R PRODUCE, INC., a California Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>PK PRODUCE, INC., an Ohio Corporation; DEBBIE KASAPIS, an Individual, PAUL G.A. KASAPIS, an Individual, GEORGE ARGIE, an Individual; and ARGIE, D'AMICO & VITANTONIO, an unincorporated association of attorneys, and DOES 1 thru 10, inclusive;<br><br>Defendants. | **CASE NO. 5:19-cv-02966-NC**<br><br>**ORDER ON STIPULATIONTO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**MAGISTRATE JUDGE NATHANAEL COUSINS** |

PURSUANT TO STIPULATION IT IS ORDERED that without the necessity of a hearing on the pending Motion to Transfer Venue, ECF No. 17, the action of *R & R Produce, Inc. v. PK Produce, Inc., et al.*, United States District Court, Northern District of California Case No. 5:19-cv-02966-NC, is hereby transferred immediately to the United States District Court, Northern District of Ohio. No further proceedings in this matter shall occur before this Court.

Dated: July 22, 2019

By:____________________
U.S. DISTRICT COURT MAGISTRATE JUDGE, HONORABLE NATHANAEL COUSINS

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 242 Capitol Street, Salinas, California 93901.

On the date set forth below, I caused the following documents entitled:

**STIPULATION TO TRANSFER VENUE AND TO WAIVE HEARING OR SHORTEN TIME FOR HEARING ON MOTION TO TRANSFER VENUE**

**[PROPOSED] ORDER ON STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

| | |
|---|---|
| **X** | **BY ELECTRONIC MAIL.** By transmitting a true copy thereof by electronic mail to the interested party(ies) or their attorney(s) of record to said action at the electronic mail address(es) shown below. |
| **X** | **BY US MAIL**. By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| **X** | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

George Argie
Argie, D'Amico & Vitantonio
6449 Wilson Mills Rd.
Mayfield Village, OH 44143

Jamie Farmer
301 Main St., Ste. H
Zanesville, OH 43701

Katy Koestner Esquivel
2335 Tamiami Trail North, Ste. 301-B
Naples, FL 34103-4457

I declare under penalty of perjury under the laws of the State of California the foregoing is trueand correct.

Executed on July 19, 2019 at Salinas, California.

Shellie Branco